# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **ALBERT ZEH,** | |
| Plaintiff, | |
| v. | Case No. 1:20-cv-00455-TSE-IDD |
| **TRUIST BANK and** **TRUIST FINANCIAL CORP.,** | |
| Defendants. | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants hereby respectfully move for the entry of summary judgment in the above-captioned action.

The grounds for this motion are fully explained in the simultaneously-filed memorandum of law in support of the motion.

Dated: November 20, 2020

/s/ Andrew M. Witko
Maureen R. Knight (VSB 47053)
Andrew M. Witko (VSB 88114)
Constangy, Brooks, Smith & Prophete, LLP
12500 Fair Lakes Circle, Suite 300
Fairfax, VA 22033
Telephone: 571-522-6100
Facsimile: 571-522-6101
mknight@constangy.com
awitko@constangy.com

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2020, I will electronically file the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all ECF users.

/s/ Andrew M. Witko
Andrew M. Witko, VSB 88114
Constangy, Brooks, Smith & Prophete, LLP
12500 Fair Lakes Circle, Suite 300
Fairfax, VA 22033
Telephone: 571-522-6107
Facsimile: 571-522-6101
awitko@constangy.com

**Counsel for Defendants**