IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALBERT ZEH,  )
   Plaintiff  )
       v.  )  Civil Action No. 1:20-cv-455
  )
TRUIST BANK and TRUIST  )
FINANCIAL CORP.,  )
   Defendants.  )

## ORDER

This matter comes before the Court on defendants' Motion for Summary Judgment.

For the reasons stated in the Memorandum Opinion issued this same day,

It is hereby **ORDERED** that defendants' Motion for Summary Judgment (Dkt. 17) is **GRANTED**.

The Clerk of Court is directed to send a copy of this Order to all counsel of record and to place this matter among the ended causes.

Alexandria, Virginia
March 31, 2021

/s/
T. S. Ellis, III
United States District Judge